IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JEFFREY L. BAYNE,

    Plaintiff,

vs.                                        Civil Action 2:13-cv-544
                                              Judge Sargus
                                              Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

On April 24, 2014, the United States Magistrate Judge recommended that the decision of the Commissioner be affirmed and that the action be dismissed. *Report and Recommendation,* ECF 20. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation,* ECF 20, is **ADOPTED AND AFFIRMED.** The decision of the Commissioner of Social Security is **AFFIRMED.** This action is **DISMISSED.**

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

6-2-2014
Date

Edmund A. Sargus, Jr.
United States District Judge