AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**JEFFREY L. BAYNE,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO. 2:13-cv-544**

**COMMISSIONER OF**        **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**        **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendant.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed June 2, 2014, the decision of the Commissioner of Social Security is AFFIRMED and this action is DISMISSED. The Clerk is directed to enter FINAL JUDGMENT pursuant to Sentence 4 of 42 U.S.C. § 405(g).**

Date: June 2, 2014                             JOHN P. HEHMAN, CLERK

                                          */S/ Andy F. Quisumbing*
                                          (By) Andy F. Quisumbing
                                          Courtroom Deputy Clerk